No. 13,096.

STATE OF LOUISIANA EX REL COLUMBIA DEBENTURE COMPANY, LIMITED, vs. HON. F. D. KING, JUDGE OF DIVISION "B", CIVIL DISTRICT COURT.

ON APPLICATION for writ of *certiorari.*

*Ernest T. Florance* for the Relator.

Respondent Judge *pro se.*

Submited on briefs February 24, 1899.
Opinion handed down June 28, 1899.

The opinion of the court was delivered by

NICHOLLS, C. J.—The issues in the case of the State of Louisiana vs. The Columbia Debenture Company, Limited, No. 13,062, having

been disposed of by judgment affirming the judgment of the District Court, and annulling the charter of the company, and reversing the said judgment of the court in respect to the matter of receivership or liquidator, and setting everything connected with the matter of said receivership at large, there is no necessity for us to pass directly upon this application.

For that reason, the orders heretofore issued herein are set aside, and the relief prayed for is refused.

MONROE, J., takes no part, as the case was submitted prior to his appointment to this court.